**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                 BANKRUPTCY NO.  23-01130-JAW
**SHEREE SHANA CARTER**

**ORDER OF DISMISSAL**

     **THIS DAY,**  the above-styled and numbered case came before this Court on the Trustee's Motion to Dismiss (DK #      ).  After adequate notice the debtor has failed to make payments to the Trustee as required or to file with the Clerk of this Court a written responsive pleading to the Motion.

     **IT IS, THEREFORE ORDERED** that the above Chapter 13 proceeding is hereby dismissed.

**##END OF ORDER##**

                                           SUBMITTED BY:

                                           /s/ Harold J. Barkley, Jr.
                                           Harold J. Barkley, Jr. - Msb #2008
                                           Chapter 13 Trustee
                                           Post Office Box 4476
                                           Jackson, Ms 39296-4476
                                           Telephone:  601-362-6161
                                           e-mail:  hjb@hbarkley13.com