United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-01130-JAW
Sheree Shana Carter Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Jan 09, 2026 Form ID: ntcdsm Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheree Shana Carter, 114 Silver Ridge Lane, Pearl, MS 39208-5077 |
| 5232105 | + | Endodontics Assoc., 1390 W Government St, STe B, Brandon, MS 39042-3273 |
| 5232108 | + | Holmes Community Colle, 412 W Ridgeland Ave, Ridgeland, MS 39157-1899 |
| 5232109 | | Hunter Warfield, 3111 W Martin Luther, Tampa, FL 33607 |
| 5232113 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 5232127 | + | The Winning Smile, PO Box 315, Brandon, MS 39043-0315 |
| 5232130 | + | Zuilly, P.O. Box 530993, Atlanta, GA 30353-0993 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: legaldivision@kheaa.com | Jan 09 2026 19:27:00 | KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2026 19:26:40 | Resurgent Capital Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5234835 | | EDI: PHINAMERI.COM | Jan 10 2026 00:22:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5233450 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 09 2026 19:27:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 5232096 | | EDI: ATTWIREBK.COM | Jan 10 2026 00:22:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5245049 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 09 2026 19:26:37 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5232097 | | Email/Text: bankruptcy@cadencebank.com | Jan 09 2026 19:27:00 | BancorpSouth, PO Box 3370, Tupelo, MS 38803-3370 |
| 5232099 | | Email/Text: Credit&CollectionsBankruptcy@centerpointenergy.com | Jan 09 2026 19:27:00 | CenterPoint Energy, P.O. Box 1700, Houston, TX 77251 |
| 5232102 | | Email/Text: cfcbackoffice@contfinco.com | Jan 09 2026 19:27:00 | Continental Finance, PO Box 8099, Newark, DE 19714-8099 |
| 5232103 | | Email/Text: bankruptcy@creditfresh.com | Jan 09 2026 19:27:00 | Credit Fresh, 109 E Main St, Weir, KS 66781 |
| 5232098 | | EDI: CAPITALONE.COM | Jan 10 2026 00:22:00 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5232100 | + | EDI: COMCASTCBLCENT | Jan 10 2026 00:22:00 | Comcast, 220 Lakeridge Drive SE, Smyrna, GA 30082-5244 |
| 5232101 | | EDI: WFNNB.COM | Jan 10 2026 00:22:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 5232104 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 09 2026 19:26:40 | Credit One Bank, Attn: Bankruptcy, Po Box |

| District/off: 0538-3 | | User: mssbad | | Page 2 of 3 |
|---|---|---|---|---|
| Date Rcvd: Jan 09, 2026 | | Form ID: ntcdsm | | Total Noticed: 49 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 98873, Las Vegas, NV 89193-8873 |
| 5232110 | | EDI: IRS.COM | Jan 10 2026 00:22:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5242203 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 09 2026 19:27:00 | Educational Credit Management Corporation, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5232106 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 09 2026 19:27:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5232107 | | EDI: PHINAMERI.COM | Jan 10 2026 00:22:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5232111 | + | Email/Text: ebone.woods@usdoj.gov | Jan 09 2026 19:27:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5232112 | | Email/Text: legaldivision@kheaa.com | Jan 09 2026 19:27:00 | KHEAA, Attn: Bankruptcy, Po Box 798, Frankfort, KY 40602 |
| 5255507 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2026 19:26:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5232116 | | Email/Text: ml-ebn@missionlane.com | Jan 09 2026 19:27:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5232117 | | Email/Text: EBN@Mohela.com | Jan 09 2026 19:27:00 | Mohela, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5232114 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 09 2026 19:27:00 | Midland Funding, 320 E Big Beaver, Ste 300, Troy, MI 48083-1271 |
| 5232115 | + | Email/Text: complianceservices@emergentbg.com | Jan 09 2026 19:27:00 | Milestone Parrish, 100 Lakeside Dr., Ste 150, Horsham, PA 19044-2354 |
| 5232118 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 09 2026 19:26:37 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5256745 | | EDI: PRA.COM | Jan 10 2026 00:22:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5232119 | ^ | MEBN | Jan 09 2026 19:21:04 | Paytient, 3601 Endeavor Ave, Ste 109, Columbia, MO 65201-8354 |
| 5254622 | | EDI: Q3G.COM | Jan 10 2026 00:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5254621 | | EDI: Q3G.COM | Jan 10 2026 00:22:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5232120 | | Email/Text: newbk@Regions.com | Jan 09 2026 19:27:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5429682 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2026 19:26:40 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5232121 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jan 09 2026 19:26:37 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5256552 | + | Email/Text: bncmail@w-legal.com | Jan 09 2026 19:27:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 5232122 | + | Email/Text: bankruptcy@creditkarma.com | Jan 09 2026 19:27:00 | Seed Financial/SeedFi, Attn: Bankruptcy, 548 Market St., Pmb 33447, San Francisco, CA 94104-5401 |
| 5232123 | + | Email/Text: Tracey@sra-inc.net | Jan 09 2026 19:27:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 5232124 | | EDI: CBS7AVE | Jan 10 2026 00:22:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 5232125 | | EDI: SYNC | | |

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 09, 2026 | Form ID: ntcdsm | Total Noticed: 49 |

|  |  |  | Jan 10 2026 00:22:00 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
|---|---|---|---|---|
| 5257148 | + | Email/Text: bncmail@w-legal.com | Jan 09 2026 19:27:00 | TD BANK USA, N.A, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5232128 |  | Email/Text: bankruptcynotices@trustmark.com | Jan 09 2026 19:27:00 | Trustmark, PO Box 23072, Jackson, MS 39225-3072 |
| 5232126 | + | EDI: WTRRNBANK.COM | Jan 10 2026 00:22:00 | Target Nb, Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5232129 | ^ | MEBN | Jan 09 2026 19:20:45 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2026          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sheree Shana Carter trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 23−01130−JAW
Chapter: 13

In re:
    Sheree Shana Carter
    aka Sheree Shange Carter
    114 Silver Ridge Lane
    Pearl, MS 39208

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−6146

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on January 9, 2026.

Dated: 1/9/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600