**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**    **Sheree Shana Carter**                          **Case No. 23-01130-JAW**
                **, Debtor**                                              **CHAPTER 13**

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,120.00 | $68.75 | $2,188.75 | 36 | 7/11/2023 |
| $1,685.00 | $60.40 | $1,745.40 | 48 | 11/14/2023 |
| $211.00 | $69.56 | $280.56 | 51 | 02/22/2024 |
| $1,002.50 | $0.00 | $1,002.50 | n/a | n/a |
| $5,018.50 | $198.71 | $5,217.21 | | |



**The Rollins Law Firm, PLLC**

**INVOICE**

Invoice # 4910
Date: 06/16/2023
Due On: 07/16/2023

P.O. Box 13767
Jackson, MS 39236
United States

Sheree Shana Carter
457 Greenfield Ridge Cir
Brandon, MS 39042

### 04810-Carter Sheree Shana

### Ch 13 Refile - Sheree **ineligible to convert*

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 04/10/2023 | Review Credit Report and select debts to import/exclude | 0.20 | $150.00 | $30.00 |
| Service | YM | 04/10/2023 | Contact Debtor: Emailed Credit report to Δ | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/13/2023 | Review initial documents submitted by debtor for filing case | 0.30 | $350.00 | $105.00 |
| Service | YM | 04/14/2023 | Contact Debtor: Drafted email to get missing pages of the bank statements and cash app | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/17/2023 | Review email and update tasks: Uploaded missing bank pages into client docs | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/18/2023 | Review email and update tasks: Updated task with Cash App and Bank | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/19/2023 | Review email from debtor: Reviewed email from Δ organized bank statements that were sent and uploaded into client docs | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/25/2023 | Contact Debtor: Drafted email for bank and current pay | 0.20 | $100.00 | $20.00 |
| Service | JAC | 04/28/2023 | Review missing docs submitted by debtor | 0.20 | $350.00 | $70.00 |
| Service | YM | 05/01/2023 | Review email from debtor: Reviewed and organized April bank statements | 0.20 | $100.00 | $20.00 |
| Service | JAC | 05/01/2023 | Input Case - prepare petition, research social security number on PACER, review | 0.70 | $350.00 | $245.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and select debts to import from CR, add debts in GIP not on CR, prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | | | |
| Service | JAC | 05/01/2023 | Prepare matrix for debtor to review debts | 0.10 | $350.00 | $35.00 |
| Service | KR | 05/01/2023 | Contact Debtor: Drafted email to debtor with the Matrix for her to review to make sure all creditors are listed | 0.10 | $150.00 | $15.00 |
| Service | JAC | 05/02/2023 | Draft email to debtor with bankruptcy options | 0.10 | $350.00 | $35.00 |
| Service | YM | 05/02/2023 | Review email from debtor: reviewed and organized cash app april | 0.20 | $100.00 | $20.00 |
| Service | KR | 05/03/2023 | Contact Debtor: Telephone conference with debtor about going with the 4 year plan for her bankruptcy. | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/03/2023 | Contact Debtor: Telephone conference with debtor with debts that she would like to add after reviewing the Matrix. | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/04/2023 | Contact Debtor: Drafted email to debtor about the address for the Milestone Parrish LLC debt she would like to add | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/08/2023 | Review email from debtor: Reviewed email from debtor with the Milestone debt she would like to add. | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/09/2023 | Review email from debtor: Reviewed email memo from JC re: add debt for Milestone Parrish LLC | 0.10 | $150.00 | $15.00 |
| Service | JAC | 05/10/2023 | Add Debt | 0.10 | $350.00 | $35.00 |
| Service | JAC | 05/11/2023 | Prepare Signing Docs | 0.20 | $350.00 | $70.00 |
| Service | TR | 05/11/2023 | Conference w/ client to review and sign initial papers | 0.50 | $350.00 | $175.00 |
| Service | JAC | 05/15/2023 | Draft motion, order and declaration to extend stay. | 0.20 | $350.00 | $70.00 |
| Service | KR | 05/15/2023 | Contact Debtor: Drafted text to debtor with her case number | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/15/2023 | Contact Debtor: Drafted email to debtor with the information on her chapter 13 plan she just filed. The plan payment and the amount of time of her plan; with the additional information needed | 0.10 | $150.00 | $15.00 |
| Expense | JAC | 05/15/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $28.49 | $28.49 |

| Service | YM | 05/15/2023 | Contact Debtor: Drafted email with 341 notice and a list of possible questions from Trustee | 0.20 | $100.00 | $20.00 |
|---|---|---|---|---|---|---|
| Service | TR | 05/15/2023 | Review: 23-01130-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $350.00 | $70.00 |
| Service | JC | 05/16/2023 | Prepared notice of filing plan, reviewed Meeting of Creditors; reviewed Plan to determine creditors in 3.2/3.4, researched registered agents for notice; uploaded to COS | 0.30 | $150.00 | $45.00 |
| Expense | YM | 05/16/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $39.96 | $39.96 |
| Service | TR | 05/16/2023 | Review: 23-01130-JAW Order Upon Employer Directing Deductions from Pay Document #12 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/16/2023 | Review: 23-01130-JAW Hearing Set Document# 11 | 0.10 | $350.00 | $35.00 |
| Service | JC | 05/16/2023 | Reviewed Declaration of Mailing from COS and filed with Notice of Plan | 0.10 | $150.00 | $15.00 |
| Service | TR | 05/18/2023 | Review: Proof of Claim 23-01130-JAW Internal Revenue Servi Document # 2 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/18/2023 | Review: Proof of Claim 23-01130-JAW Ascendium Education Solutions, Inc Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/22/2023 | Review email from GM re: value - draft memo to JAC w/ instructions on how to proceed w/ amended Plan | 0.20 | $350.00 | $70.00 |
| Service | KR | 05/22/2023 | Contact Debtor: Telephone conference with debtor about her 2020 and 2022 taxes being filed. She stated she filed both but could not remember when. Reviewed the 2022 taxes on file; not date or signature. She is going to email me a copy of both signed with dates. | 0.20 | $150.00 | $30.00 |
| Service | TR | 05/22/2023 | Review: Proof of Claim 23-01130-JAW AmeriCredit Financial Services, Inc. dba GM Financ Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | KR | 05/22/2023 | Review and organize documents provided by debtor: Reviewed and organized ID, Taxes, pay and bank statements for 3 accounts. Drafted email to the Trustee with all documents for the Meeting of Creditors | 0.40 | $150.00 | $60.00 |
| Service | KR | 05/22/2023 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted Certificate of Compliance - | 0.10 | $150.00 | $15.00 |

Invoice # 4910 - 06/16/2023

| | | | Payment Advices Filed with Trustee. Uploaded and filed with the court | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 05/23/2023 | Amend Plan - update value of collateral to GM, update amt owed to IRS | 0.10 | $350.00 | $35.00 |
| Service | KR | 05/24/2023 | Contact Debtor: Telephone conference with debtor about her 2020 and 2022 taxes. She stated her 2022 taxes were denied due to leaving insurance information off and that she never filed the 2020 taxes. She will try and get them done today | 0.20 | $150.00 | $30.00 |
| Service | KR | 05/25/2023 | Review email from debtor: Reviewed email from debtor with her 2022 taxes that were not signed. Telephone conference with debtor letting her know I need a signed copy. She will email me the signed copy as soon as she can. She is still waiting for her W2 from her old employer to file her 2020 taxes | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/29/2023 | Review email from debtor: Reviewed email from debtor with her 2022 signed taxes. Downloaded and saved in clio. Drafted email to debtor letting her know we just need her 2020 taxes as soon as she has them. | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/29/2023 | Drafted email to Brian at the IRS with a copy of the 2022 taxes and requested an amended claim be filed. | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/31/2023 | Contact Debtor: Telephone conference with debtor about the 2020 taxes; no W2s yet; told her to call IRS to get her income for that year; Δ will call and let me know next week what she finds out | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/05/2023 | Contact Debtor: Called debtor left message and drafted email about the 2020 taxes to see if she received her W2s to file. | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/06/2023 | Contact Debtor: Called debtor left message and drafted email about the w2s and her 2020 taxes | 0.10 | $150.00 | $15.00 |
| Service | TR | 06/06/2023 | Review: 23-01130-JAW Order on Motion to Extend Automatic Stay Document #18 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/07/2023 | Review and sign confirmation order via email | 0.10 | $350.00 | $35.00 |
| Service | KR | 06/07/2023 | Review email from debtor: Reviewed email from debtor with 2020 tax accounting transcripts. Drafted email to debtor letting her know once she files we need the 2020 | 0.10 | $150.00 | $15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | taxes to get the proof of claim amended for the IRS | | | |
| Service | KR | 06/12/2023 | Contact Debtor: Called debtor left message; drafted email to debtor checking in on the 2020 taxes we need so the IRS can amend the proof of claim | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/15/2023 | Contact Debtor: Telephone conference with debtor about her 2020 taxes; she has not been off but will work on filing them tomorrow; drafted email to Brian at the IRS again for an amended proof of claim that we need filed for the 2022taxes. | 0.10 | $150.00 | $15.00 |
| Service | TR | 06/15/2023 | Review and Respond to email from creditor re: proposed plan amendments | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/15/2023 | Review: Proof of Claim 23-01130-JAW Mohela Document # 4 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/15/2023 | Review: Proof of Claim 23-01130-JAW ECMC Document # Amended 5 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/15/2023 | Review: Proof of Claim 23-01130-JAW ECMC Document # 5 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/16/2023 | Review and Revise Itemizations | 0.20 | $350.00 | $70.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 2.0 | $350.00 | $700.00 |
| | Thomas Rollins | Attorney | 2.2 | $350.00 | $770.00 |
| | Jacki Curry | Non-Attorney | 0.6 | $150.00 | $90.00 |
| | Yvette Miller | Non-Attorney | 1.7 | $100.00 | $170.00 |
| | Kerri Rodabough | Non-Attorney | 2.6 | $150.00 | $390.00 |
| | | | | **Total** | **$2,188.45** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4910 | 07/16/2023 | $2,188.45 | $0.00 | $2,188.45 |

Invoice # 4910 - 06/16/2023

| | | |
|---|---|---|
| **Outstanding Balance** | | **$2,188.45** |
| **Total Amount Outstanding** | | **$2,188.45** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5460
Date: 10/16/2023
Due On: 11/15/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Sheree Shana Carter
114 Silver Ridge Lane
Pearl, MS 39208

## 04810-Carter Sheree Shana

## Ch 13 Refile - Sheree **ineligible to convert*

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 06/16/2023 | Draft Application for Compensation | 0.30 | $350.00 | $105.00 |
| Expense | BI | 06/16/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $58.00 | $58.00 |
| Service | TR | 06/16/2023 | Review Certificate of Service and file case | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/16/2023 | Review: Proof of Claim 23-01130-JAW Department of Treasury - Document # Amended 2 | 0.10 | $350.00 | $35.00 |
| Service | KR | 06/19/2023 | Telephone conference with Brian at the IRS; he has filed the amended proof of claim for the 2022 taxes; once the 2020 taxes are emailed to me he would like a signed copy so he can get them processed. | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/19/2023 | Contact Debtor: Called debtor to find out if she finished her 2020 taxes yet since she stated she was going to try and finish them last week; left message; drafted email and text | 0.10 | $150.00 | $15.00 |
| Service | TR | 06/20/2023 | Prepare for and attend 341 meeting | 0.70 | $350.00 | $245.00 |
| Service | KR | 06/21/2023 | Contact Debtor: Telephone conference with debtor; she is still working on her taxes; she is still waiting for some information on an employer so she can finish; said hopefully by next week. | 0.10 | $150.00 | $15.00 |
| Service | TR | 06/21/2023 | Review: Proof of Claim 23-01130-JAW Ally | 0.10 | $350.00 | $35.00 |

| | | | Bank Document # 6 | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/21/2023 | Draft Notice, Motion & Order: Drafted Notice Change of Address since the debtor has moved | 0.10 | $150.00 | $15.00 |
| Service | JAC | 06/22/2023 | Update treatment for the IRS & prepare Amended Plan 6-2023.PDF for Δ to review & sign | 0.20 | $350.00 | $70.00 |
| Service | KR | 06/26/2023 | Contact Debtor: Telephone conference with debtor about her filing the 2020 taxes with Tax Free USA; explained to her that we needed a signed copy so we can send to the IRS and get the Proof of Claim for the 2020 taxes; she will email the signed copy as soon as she can; also wanted me to send the link for her to sign the amended plan adding the 2022 taxes in her plan since she accidentally deleted the original email. Drafted email to debtor with the link for to sign the documents electronically | 0.20 | $150.00 | $30.00 |
| Service | KR | 06/26/2023 | Review email from debtor: Reviewed email from debtor with a signed copy of her 2020 taxes; saved in clio; drafted email to Brian at the IRS to review and filed an amended claim for her 2020 taxes | 0.20 | $150.00 | $30.00 |
| Service | TR | 06/28/2023 | Review: 23-01130-JAW Motion to Dismiss Debtor Document# 27 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/28/2023 | Review: 23-01130-JAW Trustee's Objection to Confirmation of Plan Document# 26 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/28/2023 | Drafted email to TT re: MTD and Obj to Conf - submitted tax return | 0.10 | $350.00 | $35.00 |
| Service | JAC | 06/29/2023 | Draft Document: Notice - Modified_Plan.docx | 0.20 | $350.00 | $70.00 |
| Expense | JAC | 06/29/2023 | Postage: Notice and Modified Plan mailed to 4 creditors | 4.00 | $0.60 | $2.40 |
| Service | KR | 06/29/2023 | Review email from debtor: Reviewed email from debtor about her concerns about requesting documents for her taxes and bank statements. Called debtor left message; Drafted email to debtor explaining why we needed the taxes and bank statements; explained to her as documents are requested from the Trustee we must provide depending on the situation. | 0.20 | $150.00 | $30.00 |
| Service | KR | 06/29/2023 | Contact Debtor: Telephone conference with debtor explaining why we needed the taxes | 0.10 | $150.00 | $15.00 |

Invoice # 5460 - 10/16/2023

|         |    |            | and bank statements; explained to her as documents are requested from the Trustee we must provide depending on the situation |      |          |         |
|---------|----|------------|---------------------------------------------------------------|------|----------|---------|
| Service | TR | 07/01/2023 | Review: 23-01130-JAW Hearing Set Document# 32 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/01/2023 | Review: 23-01130-JAW Order on Objection to Confirmation Document #33 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/05/2023 | Review docket and file for confirmation | 0.10 | $350.00 | $35.00 |
| Service | KR | 07/12/2023 | Drafted email to Brian at the IRS about the amended proof of claim that needs to be filed for her 2020 taxes | 0.10 | $150.00 | $15.00 |
| Service | TR | 07/14/2023 | Review claims register and compare to the Plan to determine if additional claims are needed - none needed | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/14/2023 | Review: 23-01130-JAW Order on Application for Compensation Document #36 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/14/2023 | Review: Proof of Claim 23-01130-JAW Department of Treasury - Document # Amended 2 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/14/2023 | Conference w/ client to explain that taxes will be owed after the bankruptcy discharge | 0.20 | $350.00 | $70.00 |
| Service | TR | 07/18/2023 | Review: Proof of Claim 23-01130-JAW Quantum3 Group LLC as agent for Document # 7 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/18/2023 | Review: Proof of Claim 23-01130-JAW Quantum3 Group LLC as agent for Document # 8 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/18/2023 | Review: Proof of Claim 23-01130-JAW LVNV Funding, LLC Document # 10 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/18/2023 | Review: Proof of Claim 23-01130-JAW Quantum3 Group LLC as agent for Document # 9 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/23/2023 | Review: Proof of Claim 23-01130-JAW Scolopax, LLC Document # 11 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/23/2023 | Review: Proof of Claim 23-01130-JAW Portfolio Recovery Associates, LLC Document # 12 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/23/2023 | Review: Proof of Claim 23-01130-JAW Portfolio Recovery Associates, LLC Document # 13 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/23/2023 | Review: Proof of Claim 23-01130-JAW TD | 0.10 | $350.00 | $35.00 |

| | | | BANK USA, N.A Document # 14 | | | |
|---|---|---|---|---|---|---|
| Service | TR | 08/03/2023 | Review: 23-01130-JAW Amended Order Upon Employer Directing Deductions from Pay Document #38 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/04/2023 | Review: 23-01130-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 39 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/04/2023 | Review: 23-01130-JAW Order Confirming Chapter 13 Plan Document #40 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/11/2023 | Review: Proof of Claim 23-01130-JAW Department of Treasury - Document # Amended 2 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/14/2023 | Review: 23-01130-JAW Personal Financial Management Course (Certificate) Document# 45 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/16/2023 | Review and revise itemizations | 0.20 | $350.00 | $70.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.4 | $350.00 | $140.00 |
| Thomas Rollins | | Attorney | 3.9 | $350.00 | $1,365.00 |
| Kerri Rodabough | | Non-Attorney | 1.2 | $150.00 | $180.00 |
| | | | | **Total** | **$1,745.40** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4910 | 07/16/2023 | $2,188.45 | $0.00 | $2,188.45 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5460 | 11/15/2023 | $1,745.40 | $0.00 | $1,745.40 |
| | | | **Outstanding Balance** | **$3,933.85** |

Invoice # 5460 - 10/16/2023

**Total Amount Outstanding**    **$3,933.85**

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6006
Date: 02/21/2024
Due On: 03/22/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Sheree Shana Carter
114 Silver Ridge Lane
Pearl, MS 39208

## 04810-Carter Sheree Shana

## Ch 13 Refile - Sheree **ineligible to convert*

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 10/16/2023 | Draft Fee Application | 0.30 | $350.00 | $105.00 |
| Expense | BB | 10/16/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $69.56 | $69.56 |
| Service | TR | 10/16/2023 | Review declaration of mailing - attach to motion and file w/ Court | 0.10 | $350.00 | $35.00 |
| Service | TR | 11/16/2023 | Review: 23-01130-JAW Order on Application for Compensation Document #48 | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/21/2024 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|-------------|----------|----------|------|-------|
| Thomas Rollins | | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | | Attorney | 0.5 | $350.00 | $175.00 |
| | | | | **Total** | **$280.56** |

# Detailed Statement of Account

## Other Invoices

Invoice # 6006 - 02/21/2024

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4910 | 07/16/2023 | $2,188.45 | $0.00 | $2,188.45 |
| 5460 | 11/15/2023 | $1,745.40 | $0.00 | $1,745.40 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6006 | 03/22/2024 | $280.56 | $0.00 | $280.56 |
| | | | **Outstanding Balance** | **$4,214.41** |
| | | | **Total Amount Outstanding** | **$4,214.41** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 8686
Date: 01/30/2026
Due On: 03/01/2026

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Sheree Shana Carter

## 04810-Carter Sheree Shana

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 02/21/2024 | Draft fee application and proposed order | 0.20 | $360.00 | $72.00 |
| Service | KR | 02/21/2024 | Reviewed and prepared the Application for Compensation, invoice and the Proposed Order for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 02/27/2024 | Review: 23-01130-JAW Order on Application for Compensation Document #51 | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/27/2024 | Review: 23-01130-JAW Amended Order Upon Employer Directing Deductions from Pay Document #52 | 0.10 | $360.00 | $36.00 |
| Service | CO | 05/14/2025 | Incoming Call: Phone conference with debtor; transferred to BB. | 0.10 | $0.00 | $0.00 |
| Service | BB | 05/14/2025 | Incoming Call: Phone conference with debtor stating she lost her employment and would like to know how to proceed with her case. Informed debtor I would review her file and in the meantime to keep making her normal payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/16/2025 | Reviewed debtors chapter 13 plan and determined she is paying 0% to unsecured debt. Drafted email to KR informing her of the situation and the discovered data on the debtors case. | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/04/2025 | Administrative - non-billable work: Conference with BB re: loss of job and delinquency of payments; explained options | 0.20 | $155.00 | $31.00 |

Invoice # 8686 - 01/30/2026

| Service | BB | 06/04/2025 | Contact Debtor (Text/Email): Video conference with KR assisting in researching information to determine how to assist debtor with losing her job and what options she has for her case. Drafted email to debtor providing options. | 0.20 | $100.00 | $20.00 |
|---|---|---|---|---|---|---|
| Service | BB | 07/16/2025 | Drafted motion to dismiss due to non payment Letter and emailed to SA for mailing. | 0.20 | $100.00 | $20.00 |
| Service | KR | 07/16/2025 | Incoming Call: Telephone conference with debtor about her delinquency; she was unemployed and now is working; she is going to send in half of the delinquency on the 1st of August; she will provide a copy of the money order once she makes the payment and provide the new employer information | 0.20 | $155.00 | $31.00 |
| Service | JAC | 07/17/2025 | Review: 23-01130-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 59 | 0.10 | $360.00 | $36.00 |
| Service | BB | 07/17/2025 | Contact Debtor (Text/Email): Drafted email to debtor providing the signed copy of the letter. | 0.10 | $100.00 | $10.00 |
| Service | KR | 07/18/2025 | Incoming Call: Telephone conference with debtor about her delinquency; inquired how she got behind; reviewed the Trustee's website and explained how the delinquency incurred; drafted email to debtor with the ndc website to access her bankruptcy | 0.30 | $155.00 | $46.50 |
| Service | BB | 07/18/2025 | Review email from debtor: Reviewed email from debtor expressing concerns about her motion to dismiss due to non payment. Drafted email to KR informing. | 0.10 | $100.00 | $10.00 |
| Service | KR | 07/28/2025 | Reviewed email memo from debtor requesting an explanation on the delinquency incurrence and payment increase; reviewed Trustee's website; drafted email to the Trustee requesting breakdown and explanation on payment increase; drafted email to debtor informing her I have reached out to the Trustee for a detailed report and will touch base once I hear back | 0.30 | $0.00 | $0.00 |

Invoice # 8686 - 01/30/2026

| Service | KR | 07/30/2025 | Drafted email another email to the Trustee's office requesting a payment account record per the request of the debtor | 0.10 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| Service | KR | 07/31/2025 | Drafted another email to a different case administrator since I received an auto response from the current case administrator about the documents showing how the delinquency incurred | 0.10 | $0.00 | $0.00 |
| Service | KR | 08/01/2025 | Reviewed email from the Trustee's office with the payment accounting report and also explained why the payment increased | 0.10 | $0.00 | $0.00 |
| Service | KR | 08/04/2025 | Telephone conference with conference with debtor about the Motion to Dismiss and the delinquency | 0.10 | $0.00 | $0.00 |
| Service | KR | 08/04/2025 | Drafted response per the Motion to Dismiss; prepared the response for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/12/2025 | Reviewed the Trustee's website to verify payments made towards the delinquency; drafted email memo to the attorney for the Trustee to work out before the hearing for the Motion to Dismiss | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/12/2025 | Reviewed email from the Trustee's office; they will be sending an Agreed Order to review per the Motion to Dismiss | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/13/2025 | Review: 23-01130-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 61 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/15/2025 | Incoming Call: Telephone conference with debtor about the new plan payment that should take affect due to the denial of the Motion to Dismiss filed by the Trustee; she stated that ndc is showing a negative number; she was confused; informed debtor I will reach out to the Trustee's office about the new plan payment and when it will be due; drafted email to the Trustee's office requesting the new amount and due date | 0.30 | $155.00 | $46.50 |
| Service | KR | 08/15/2025 | Incoming Call: Telephone conference with debtor about her plan payments | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 09/19/2025 | Incoming Call: Phone conference with debtor regarding suspending her plan payments for 60 days to give her some time to find another job and be able to catch up her payments. Drafted email memo to KR. | 0.10 | $100.00 | $10.00 |
| Service | KR | 09/22/2025 | Call Debtor: Reviewed message from debtor requesting a call back; telephone conference with debtor; she is no longer working at an attorney's office; explained that we can not file a Motion to Suspend without having a job; reviewed the Trustee's website to verify delinquency and she is only $96 behind with her payments being $303 per month; she says she should be able to find a job in the next couple of weeks and will call me back then to review options. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/14/2025 | Incoming Call: Telephone call from debtor requesting to speak with KR; chat correspondence; transferred call. | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/14/2025 | Incoming Call: Telephone conference with debtor about needing a letter to Hines Community College stating her student loans were not included in the bankruptcy; reviewed case and her student loan payments were not included in the bankruptcy and will not be discharge | 0.20 | $155.00 | $31.00 |
| Service | KR | 10/15/2025 | Drafted letter for debtor about her student loans not being included in the bankruptcy; drafted email memo to VM to get the letter signed | 0.20 | $155.00 | $31.00 |
| Service | KR | 10/17/2025 | Contact Debtor (Text/Email): Drafted email to debtor with a copy of the letter pertaining to her student loans that she requested | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/18/2025 | Call Debtor: Reviewed court docket for the Motion to Dismiss to verify delinquency amount; reviewed the Trustee's website to verify how the delinquency incurred | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/18/2025 | Call Debtor: Telephone conference with debtor about the delinquency and the Motion to Dismiss; she is still currently unemployed; discussed options; reviewed the process of refiling if the case is dismissed; | 0.20 | $155.00 | $31.00 |

Invoice # 8686 - 01/30/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | requested I reach back out at the beginning of the year to see her financial and employment situation | | | |
| Service | JAC | 12/19/2025 | Review: 23-01130-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 63 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/29/2025 | Audit Letter | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/02/2026 | Call Debtor: Telephone conference with debtor about the delinquency and the Motion to Dismiss that was filed; she is still unemployed and has no funds to send in; she has decided to let her case dismiss and will contact us to see if she can refile once she has a job and the case dismisses | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/06/2026 | Add exemption, treatment for secured and priority creditors, draft Means Test, Schedules I/J: Drafted internal message to TR re: response per Motion to Dismiss | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/08/2026 | Review email from Attorney: Reviewed internal message from TR re: dismissal; reviewed email from the Trustee's attorney re: dismissal; drafted email to the Trustee's attorney informing him we agree to dismissal | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/09/2026 | Review: 23-01130-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 64 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/09/2026 | Review: 23-01130-JAW Release of Wages Document# 65 | 0.10 | $360.00 | $36.00 |
| Service | CO | 01/20/2026 | Incoming Call: Phone conference with debtor stating she would like to refile with us. Drafted email to debtor with a refile packet and drafted email memo to KR. | 0.10 | $100.00 | $10.00 |
| Service | JC | 01/20/2026 | Incoming Call: Telephone call from debtor inquiring if unemployment payments need to be turned in for refile; informed her that all forms of income, even babysitting, needs to be turned in; she said that it wasn't considered as income when her case was dismissed so she didn't know for sure; reviewed case notes and discussed her case was dismissed due to a delinquency in plan | 0.20 | $155.00 | $31.00 |

|  |  |  | payments and she did not have a job; she said she understood; she said she has a job but won't have a paycheck yet, that she only has a offer letter; informed her she could send the offer letter but I am sure we will need actual pay stubs before her case can be refiled; she stated understanding. |  |  |  |
| Service | KR | 01/30/2026 | Drafted Final Application | 0.40 | $155.00 | $62.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.6 | $360.00 | $216.00 |
| Thomas Rollins | Attorney | 0.4 | $360.00 | $144.00 |
| Brooke Brueland | Non-Attorney | 0.8 | $100.00 | $80.00 |
| Jacki Curry | Non-Attorney | 0.3 | $155.00 | $46.50 |
| Clara Ortega | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 3.2 | $155.00 | $496.00 |
| Kerri Rodabough | Non-Attorney | 0.9 | $0.00 | $0.00 |
|  |  |  | **Subtotal** | **$1,002.50** |
|  |  |  | **Total** | **$1,002.50** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4910 | 07/16/2023 | $2,188.45 | $0.00 | $2,188.45 |
| 5460 | 11/15/2023 | $1,745.40 | $0.00 | $1,745.40 |
| 6006 | 03/22/2024 | $280.56 | $0.00 | $280.56 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

Invoice # 8686 - 01/30/2026

| 8686 | 03/01/2026 | $1,002.50 | $0.00 | $1,002.50 |
|---|---|---|---|---|
| | | | **Outstanding Balance** | **$5,216.91** |
| | | | **Total Amount Outstanding** | **$5,216.91** |